IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH ALICO, ASHOK AMIN, ROBERT SANTA MARIA, and ADIL AL YOONUS,

Plaintiffs,

vs.

MICHAEL JAMES MARSHALL, MARSHALL ENERGY, Inc.; MARSHALL ENERGY GLOBAL UK DIVISION, LTD., and MARSHALL ENERGY GLOBAL THE NETHERLANDS, B.V.,

Defendants.

4:26CV3018

MEMORANDUM AND ORDER

Plaintiff Kenneth Alico ("Alico"), a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff Alico's Motion, the Court finds that Alico is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff Alico's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 18th day of February, 2026.

BY THE COURT:

*Joseph F. Bataillon (signature)*

Joseph F. Bataillon
Senior United States District Judge