IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH ALICO, ROBERT SANTA MARIA, and ADIL AL YOONUS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL JAMES MARSHALL, MARSHALL ENERGY, INC., MARSHALL ENERGY GLOBAL UK DIVISION, LTD., and MARSHALL ENERGY GLOBAL THE NETHERLANDS, B.V.,<br><br>Defendants. | **4:26CV3018**<br><br>**ORDER** |

This matter is before the Court on a Findings and Recommendation and Order (Filing No. 30) from the magistrate judge[1] assigned to this case. *See* 28 U.S.C. § 636(b)(1)(B) (authorizing magistrate judges to assist with dispositive pretrial matters); Fed. R. Civ. P. 72(b) (same). Relaying that plaintiffs Kenneth Alico, Robert Santa Maria, and Adil Al Yoonus do not oppose the dismissal of defendants Marshall Energy Global The Netherlands, B.V., and Marshall Energy Global UK Division, Ltd., because those "foreign corporate defendants no longer exist," the magistrate judge recommends the Court dismiss them "without prejudice for failure to serve under Rule 4(m) of the Federal Rules of Civil Procedure."

Having heard no objection, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2), (3), the Court hereby accepts the magistrate judge's sound findings and recommendation

[1]The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

(Filing No. 30) and dismisses defendants Marshall Energy Global The Netherlands, B.V., and Marshall Energy Global UK Division, Ltd., without prejudice.

IT IS SO ORDERED.

Dated this 7th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge